### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRANCE GUIDRY,** | **CIVIL ACTION NO.:** 6:19-cv-00997-MJJ-CBW |
| Plaintiff, | |
| v. | JUDGE: Michael J. Juneau |
| **PENN CREDIT CORPORATION,** | MAGISTRATE JUDGE: Carol B. Whitehurst |
| Defendant. | |

## ORDER TO DISMISS AND TRANSFER CASE

Considering the Motion to Dismiss and/or to Transfer Case to the Middle District of Florida filed by Defendant, Penn Credit Corporation, the certificate of service filed herein, and the consents of the parties:

IT IS ORDERED that the Motion is hereby granted, dismissing this proceeding and transferring the same to the United States District Court for the Middle District of Florida to be consolidated with *Gurzi v. Penn Credit Corporation,* Case No 6:19-cv-00823 (MDFL filed 4/30/2019).

THUS DONE AND SIGNED at Lafayette, Louisiana, this 3rd day of October, 2019.

_____
U.S. Magistrate Judge